Robert J. LATSCH, Claimant–Appellant,

v.

Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.

No. 2010–7042.

United States Court of Appeals, Federal Circuit.

Oct. 7, 2010.

Rehearing Denied Jan. 26, 2011.

Michael P. Pasquale, McCarter & English, LLP, of Newark, NJ, argued for claimant-appellant.

Tara K. Hogan, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. With her on the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, and Martin F. Hockey, Jr., Assistant Director. Of counsel was Robert C. Bigler, Trial Attorney. Of counsel on the brief were Michael J. Timinski, Deputy Assistant General Counsel, and Christa A. Shriber, Attorney, Office of the General Counsel, United States Department of Veterans Affairs, of Washington, DC.

Before GAJARSA, LINN, and PROST, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.